JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRINGTON OLIVER,<br><br>    Petitioner,<br><br>    v.<br><br>L.J. MULISNIC, Warden,<br><br>    Respondent. | Case No. CV 19-7421-AB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition and Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 22, 2019

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE